SIGNED.

Dated: January 19, 2017



_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| C & E SERVICES, INC., | No. 2:16-bk-09450-PS |
| Debtor. | Adversary No. 2:16-ap-00557-PS |
| BRIAN J. MULLEN, CHAPTER 7 TRUSTEE | STIPULATED ORDER |
| Plaintiff, | |
| vs. | |
| MUFG UNION BANK, N.A. fka SANTA BARBARA BANK AND TRUST, | |
| Defendant. | |

Brian J. Mullen, Chapter 7 Trustee ("**Trustee**") and MUFG Union Bank, N.A. fka Santa Barbara Bank and Trust ("**SBT**") by and through their respective undersigned counsel (collectively Trustee and SBT shall be referred to as the "**Parties**") herein submit this Stipulated Order related to the above captioned Adversary Proceeding.

The Parties stipulate as follows:

1. On or about November 14, 2003, the C&E Services, Inc. ("**Debtor**") purchased a 2003 Carma water extraction trailer with VIN 5A3C716D33L003574 ("**Trailer**").

2. Upon review of the records with the Arizona Department of Motor Vehicle, the Trailer has a lien noted on the title to the Trailer for the benefit of SBT.

3. SBT consents to the Trailer being deemed property of the Estate pursuant to 11 U.S.C. § 541.

4. SBT consents to the Trustee liquidating the Trailer for the benefit of the creditors of the bankruptcy estate.

5. SBT does not assert any claim, right, or interest in the Trailer (or the proceeds from the sale of the Trailer); and to the extent necessary SBT waives any right, claim, or interest in the Trailer (or proceeds from the sale of the Trailer).

6. Upon entry of this Order, the Trustee shall file a Notice of Dismissal of the above referenced Adversary matter against SBT.

The Court having reviewed the terms detailed herein, the duly requested the relief, and good cause appearing therefor:

FINDS AND CONCLUDES that:

A. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

C. The relief requested in this Stipulated Order is necessary and in the best interest of this bankruptcy estate.

Accordingly, based on all of the foregoing, and it appearing that good cause exists to approve the Stipulated Order and the requested relief in its entirety,

**IT IS HEREBY ORDERED** that 2003 Carma water extraction trailer with VIN 5A3C716D33L003574 is property of the Estate pursuant to 11 U.S.C. § 541;

**IT IS FURTHER ORDERED** that MUFG Union Bank, N.A. fka Santa Barbara Bank and Trust shall not have any interest in the 2003 Carma water extraction trailer with VIN 5A3C716D33L003574;

**IT IS FURTHER ORDERED** that MUFG Union Bank, N.A. fka Santa Barbara Bank and Trust shall not have any interest in the sale proceeds of the 2003 Carma water extraction trailer with VIN 5A3C716D33L003574;

**IT IS FURTHER ORDERED** that Trustee is authorized to execute any and all documentation necessary to affect the transfer of the 2003 Carma water extraction trailer with VIN 5A3C716D33L003574 free and clear of any interest MUFG Union Bank, N.A. fka Santa Barbara Bank and Trust may have in the Trailer; and

**IT IS FURTHER ORDERED** authorizing the Trustee to immediately proceed in the liquidation of the Trailer for the benefit of the Estate subject to further notice.

**DATED AND SIGNED ABOVE**

APPROVED AS TO FORM AND CONTENT:

MUFG UNION BANK, N.A.　　　　　　　　　LANE & NACH, P.C.

/s/ _____　　/s/ _____
Stephanie Millender, Director　　　　　　　Adam B. Nach
*MUFG Union Bank, N.A.*　　　　　　　　Joel F. Newell
　　　　　　　　　　　　　　　　　　　　*Attorneys for Brian J. Mullen, Trustee*